IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE F. SWEENEY,

        Plaintiff,                    No. CIV S-05-1196 DFL KJM P

   vs.

LEA, et al.,                             <u>ORDER</u>

        Defendants.

        Plaintiff is proceeding in forma pauperis under 28 U.S.C. § 1915. By order filed December 8, 2005, the court determined that plaintiff's amended complaint states a cognizable claim for relief against defendants Lea, Willey, Quinlan, Akin and Townsend and ordered plaintiff to provide information for service of process on form USM-285, a completed summons, sufficient copies of the June 15, 2005 amended complaint for service, and a notice of compliance. Plaintiff has filed the required papers.

        However, on January 5, 2006, plaintiff filed a request to file an amended or supplemental complaint and a single page containing an additional claim against a new defendant.

        The Federal Rules of Civil Procedure provide that a party may amend his or her pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R.

1

1  Civ. P. 15(a).  However, an amended or supplemental complaint supersedes the original
2  complaint.  See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended pleading is
3  filed, the original pleading no longer serves any function in the case.  Id.; see also E.D. Local
4  Rule 15-220.  Although the allegations of this pro se complaint are held to "less stringent
5  standards than formal pleadings drafted by lawyers," Haines v. Kerner, 404 U.S. 519, 520 (1972)
6  (per curiam), plaintiff will be required to comply with the Federal Rules of Civil Procedure and
7  the Local Rules of the Eastern District of California.  The amended complaint plaintiff has
8  provided is inadequate.

9          Plaintiff will be given the opportunity to file a complete amended complaint or to
10 inform the court he wishes to proceed with his original complaint against the parties the court
11 found to be appropriate for service.  If plaintiff does not file a complete amended complaint, or
12 notify the court he wishes to proceed on the original complaint within thirty days of the date of
13 this order, the court will direct service of the summons and original complaint that plaintiff has
14 provided.

15          IT IS SO ORDERED.
16 DATED: April 13, 2006.

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE

23 2/mp/swee1196.amd

2