IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE F. SWEENY,

        Plaintiff,                No. CIV S-05-1196 RRB KJM P

    vs.

LEA, et al.,

        Defendant.             <u>ORDER</u>

_____/

        In light of the parties' stipulation and plaintiff's agreement to dismiss this action, the action is hereby dismissed with prejudice.

        IT IS SO ORDERED.

DATED: October 2, 2007.

                                    U.S. MAGISTRATE JUDGE

2
swee1196.dis

1